# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| FRANK PECK, | |
|---|---|
| Plaintiff, | |
| vs. | 2:18-cv-00237-APG-VCF |
| STATE OF NEVADA, *et al.*, | **ORDER** |
| Defendants. | |

Before the court is Plaintiff's Motion for Enlargement of Time (ECF No. 15). Plaintiff requests to reschedule the Early Inmate Mediation session scheduled for September 28, 2018. Defendants do not oppose.

Accordingly,

IT IS HEREBY ORDERED that the Early Inmate Session scheduled for September 28, 2018, is VACATED. The court will reschedule the Early Inmate Session at a later date.

DATED this 27th day of September, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE