UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FRANK M. PECK, | Case No. 2:18-cv-00237-APG-VCF |
| Plaintiff, | ORDER |
| v. | |
| STATE OF NEVADA EX REL et al., | |
| Defendants. | |

The 90-day stay is extended until two days after the rescheduled Inmate Early Mediation Conference. Two days after the rescheduled Inmate Early Mediation Conference, the Office of the Attorney General shall file a status report.

For the foregoing reasons, it is ordered that the 90-day stay is extended until two days after the rescheduled Inmate Early Mediation Conference.

It is further ordered that the Office of the Attorney General shall file a status report no later than two days after the rescheduled Inmate Early Mediation Conference.

DATED THIS ___1st___ day of October 2018.

_____
UNITED STATES MAGISTRATE JUDGE