# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| FRANK M. PECK, <br><br> Plaintiff, <br><br> vs. <br><br> STATE OF NEVADA EX REL, *et al.*, <br><br> Defendants. | 2:18-cv-00237-APG-VCF <br><br> **ORDER** |

Before the court is *Frank M. Peck v. State of Nevada Ex Rel, et al.*, case number 2:18-cv-00237-APG-VCF. The Office of the Attorney General was ordered to file a status report no later than two days after the Inmate Early Mediation Conference. (ECF NO. 18). The Inmate Early Mediation Conference was held on December 7, 2018. No settlement agreement was reached. (ECF No. 22). To date, the Office of the Attorney General has not filed a status report.

Accordingly,

IT IS HEREBY ORDERED that the Office of the Attorney General must file a status report on or before December 21, 2018.

DATED this 14th day of December, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE