1  AARON D. FORD
     Attorney General
2  JARED M. FROST (Bar No. 11132)
     Senior Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 East Washington Avenue
   Suite 3900
5  Las Vegas, Nevada 89101
   Telephone: (702) 486-3177
6  Facsimile: (702) 486-3773
   Email: jfrost@ag.nv.gov
7
   *Attorneys for Defendants James Dzurenda*
8  *Brian Williams, Troy Ternes, Alexis*
   *Lozano, Jennifer Nash, Duane Wilson,*
9  *Joel Quiroz, Perry Russell, Jacques Graham,*
   *Shanon Ennis-Wright, Julie Matousek, Brian*
10 *Sandoval, Adam Laxalt, Barbara Cegavske,*
   *Francis Moka, Alfonso Alvarez, and Monique*
11 *Hubbard-Pickett*

12

13                 **UNITED STATES DISTRICT COURT**

14                        **DISTRICT OF NEVADA**

15  FRANK PECK,                                  Case No. 2:18-cv-00237-APG-VCF

16                    Plaintiff,

17       v.

18  STATE OF NEVADA, ex rel. Nevada Department          **DEFENDANTS' MOTION FOR**
    of Correction, et al.; PRISON                        **EXTENSION OF TIME TO**
19  COMMISSIONERS; GOVERNOR BRIAN                       **RESPOND TO PLAINTIFF'S**
    SANDOVAL; SECRETARY OF STATE                        **MOTION FOR PRELIMINARY**
20  BARBARA CEGAVSKI; ATTORNEY GENERAL                       **INJUNCTION AND**
    ADAM LAXALT; DIRECTOR OF PRISONS                      **RESTRAINING ORDER**
21  JAMES DZURENDA; WARDEN BRIAN                         **(ECF NO. 68 AND 69)**
    WILLIAMS, HDSP; ASSOCIATE WARDEN
22  JENNIFER NASH; ASSOCIATE WARDEN
    PERRY RUSSELL; ACTING ASSOCIATE
23  WARDEN T. TIERNES; CASE WORKER ENNIS
    WRIGHT and LAW LIBRARY SUPERVISOR
24  JAQUES GRAHAM; FOOD SUPERVISER
    MANAGER DWAINE WILSON; ATTORNEY
25  GENERAL FRANK A. TODDRE, II, DISTRICT
    COURT JUDGE JERRY A WIESE; SGT.
26  ALEXIS LOZANO; SGT. JULIE MATOUSEC;
    SGT. DUGAN; OFFICER JOEL QUEROZ, sued
27  in the Individual and Official capacities,

28                    Defendants.

Defendants James Dzurenda, Brian Williams, Troy Ternes, Alexis Lozano, Jennifer Nash, Duane Wilson, Joel Quiroz, Perry Russell, Jacques Graham, Shanon Ennis-Wright, Julie Matousek, Brian Sandoval, Adam Laxalt, Barbara Cegavske, Francis Moka, Alfonso Alvarez, and Monique Hubbard-Pickett, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Jared M. Frost, Senior Deputy Attorney General, hereby request an additional thirty-three (33) days to respond to Plaintiff's "Motion for Preliminary Injunction and Restraining Order" filed April 11, 2019, and docketed at ECF No. 68 and ECF No. 69. Defendants' request is made and based on the following memorandum of points and authorities, the attached Declaration of Counsel, the pleadings and papers on file, and any other evidence the Court deems appropriate to consider.

## MEMORANDUM OF POINTS AND AUTHORITIES

## I. BACKGROUND

This is a prisoner civil rights matter. ECF No. 7.

On July 5, 2018, the Court screened Plaintiff's Complaint. ECF No. 6. Pursuant to the Screening Order, Plaintiff was permitted to proceed on numerous claims. *See id.*

On December 7, 2018, the parties participated in a mediation conference at which no resolution was reached. ECF No. 22.

On January 24, 2019, the Attorney General filed an Acceptance of Service for Defendants James Dzurenda, Brian Williams, Troy Ternes, Alexis Lozano, Jennifer Nash, Duane Wilson, Joel Quiroz, Perry Russell, Jacques Graham, Shanon Ennis-Wright, and Julie Matousek.

On January 31, 2019, Plaintiff filed an Amended Complaint. ECF No. 40.

On April 1, 2019, the Court screened Plaintiff's Amended Complaint pursuant to Defendants' request. ECF No. 65. The Court incorporated its previous findings concerning claims presented in the original Complaint and allowed Plaintiff to proceed on additional claims. *Id.* at 3-5.

On April 11, 2019, Plaintiff filed his "Motion for Preliminary Injunction and Restraining Order." ECF No. 68; ECF No. 69.

On April 15, 2019, Defendants filed a Motion for Case Management Conference due to the complexity of the case and Plaintiff's practice and history of filing frivolous, unsupported, or unnecessary motions. ECF No. 70.

On April 18, 2019, the Attorney General filed an Acceptance of Service for Francis Moka, Alfonso Alvarez, and Monique Hubbard-Pickett. ECF No. 72.

On April 24, 2019, the Court scheduled a hearing on Defendants' Motion for Case Management Conference for May 7, 2019. ECF No. 74.

This motion for an extension of time to respond to Plaintiff's April 2019 preliminary injunction motion follows.

## II. APPLICABLE LAW

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), the Court may extend the time to perform an act within a specified time for good cause shown.

## III. ARGUMENT

Defendants submit that good cause exists to extend the time to respond to Plaintiff's April 2019 preliminary injunction motion. Defendants' response is currently due April 25, 2019. Since Plaintiff filed his motion on April 11, the undersigned has reviewed the motion and requested information and records from prison staff needed to complete a response. Exhibit 1 (Declaration of Counsel). However, the undersigned has been unable to complete a response due to his responsibilities to meet deadlines in this and other cases. *See id*. Further, the Court recently scheduled a hearing on Defendants' motion for a case management conference, through which Defendants seek a protective order regarding

///
///
///
///
///
///
///

Plaintiff's motion practice. *See* ECF No. 70 at 7. Defendants therefore request an extension of thirty-three (33) days, or until May 28, 2019, to file a response to Plaintiff's motion.

DATED this 25th day of April, 2019.

AARON D. FORD
Attorney General

By: /s/ Jared M. Frost
    JARED M. FROST (Bar No. 11132)
    Senior Deputy Attorney General

*Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED.** Defendants shall have until May 28, 2019, to file a Response to Plaintiff's "Motion for Preliminary Injunction and Restraining Order" (ECF No. 68; ECF No. 69).

Dated: April 26, 2019.

_____
UNITED STATES DISTRICT JUDGE

# EXHIBIT 1

# Declaration of Counsel

# EXHIBIT 1

1   AARON D. FORD
      Attorney General
2   JARED M. FROST (Bar No. 11132)
      Senior Deputy Attorney General
3   State of Nevada
    Office of the Attorney General
4   555 East Washington Avenue
    Suite 3900
5   Las Vegas, Nevada  89101
    Telephone: (702) 486-3177
6   Facsimile:  (702) 486-3773
    Email:  jfrost@ag.nv.gov
7
    *Attorneys for Defendants James Dzurenda*
8   *Brian Williams, Troy Ternes, Alexis*
    *Lozano, Jennifer Nash, Duane Wilson,*
9   *Joel Quiroz, Perry Russell, Jacques Graham,*
    *Shanon Ennis-Wright, Julie Matousek, Brian*
10  *Sandoval, Adam Laxalt, Barbara Cegavske,*
    *Francis Moka, Alfonso Alvarez, and Monique*
11  *Hubbard-Pickett*

12

13              **UNITED STATES DISTRICT COURT**

14                   **DISTRICT OF NEVADA**

15  FRANK PECK,                              Case No. 2:18-cv-00237-APG-VCF

16              Plaintiff,

17  v.

18  STATE OF NEVADA, ex rel. Nevada Department          **DECLARATION OF**
    of Correction, et al.; PRISON                          **COUNSEL**
19  COMMISSIONERS; GOVERNOR BRIAN
    SANDOVAL; SECRETARY OF STATE
20  BARBARA CEGAVSKI; ATTORNEY GENERAL
    ADAM LAXALT; DIRECTOR OF PRISONS
21  JAMES DZURENDA; WARDEN BRIAN
    WILLIAMS, HDSP; ASSOCIATE WARDEN
22  JENNIFER NASH; ASSOCIATE WARDEN
    PERRY RUSSELL; ACTING ASSOCIATE
23  WARDEN T. TIERNES; CASE WORKER ENNIS
    WRIGHT and LAW LIBRARY SUPERVISOR
24  JAQUES GRAHAM; FOOD SUPERVISER
    MANAGER DWAINE WILSON; ATTORNEY
25  GENERAL FRANK A. TODDRE, II, DISTRICT
    COURT JUDGE JERRY A WIESE; SGT.
26  ALEXIS LOZANO; SGT. JULIE MATOUSEC;
    SGT. DUGAN; OFFICER JOEL QUEROZ, sued
27  in the Individual and Official capacities,

28              Defendants.

I, JARED M. FROST, hereby declare, based on personal knowledge and/or information and belief, that the following assertions are true:

1.    I am a Senior Deputy Attorney General employed by the Nevada Attorney General in the Litigation Division, and I make this declaration in support of Defendants' motion to extend the time in which to file a Response to Plaintiff's "Motion for Preliminary Injunction and Restraining Order" filed April 11, 2019, and docketed at ECF No. 68 and ECF No. 69.

2.    Since Plaintiff filed his motion on April 11, 2019, I have reviewed the motion and requested information and records from prison staff needed to complete a response. However, I have been unable to complete the response due to my responsibilities to meet deadlines in this and other cases.

3.    My responsibilities to meet deadlines during the past two weeks include: *Mizzoni v. State of Nevada*, Case No. 2:17-cv-01482 (opposition to plaintiff's summary judgment motion filed 04/25/19, reply regarding defendants' motion for summary judgment filed 04/15/19); *Carley v. Gentry et al.*, Case No. 2:17-cv-02670 (reply regarding defendants' motion for summary judgment filed 04/24/19); *Mitchell v. State of Nevada*, Case No. 2:17-cv-00686 (substantive response to motion to extend time filed 04/24/19); *Jackson v. State of Nevada et al.*, Case No. 2:16-cv-00995 (reply regarding defendants' motion for summary judgment filed 04/23/19); *Johnson v. Lewis*, Case No. 2:17-cv-01668 (response to motion to consolidate cases filed 04/18/19); and *Peck v. State of Nevada et al.*, Case No. 2:18-cv-00237 (response to objection to order filed 04/17/19, motion for case management conference filed 04/15/19).

///
///
///
///
///
///

1   4. This request is made in good faith and not for the purpose of delay.

2  Pursuant to 28 U.S.C. section 1746 Declarant certifies, under penalty of perjury, that

3 the foregoing is true and correct.

4  DATED this 25th day of April, 2019.

5        AARON D. FORD
           Attorney General
6

7        By: /s/ Jared M. Frost
           JARED M. FROST (Bar No. 11132)
8          Senior Deputy Attorney General

9          *Attorneys for Defendants*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28