1  AARON D. FORD
     Attorney General
2  JARED M. FROST (Bar No. 11132)
     Senior Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 East Washington Avenue
   Suite 3900
5  Las Vegas, Nevada  89101
   Telephone: (702) 486-3177
6  Facsimile:  (702) 486-3773
   Email:  jfrost@ag.nv.gov
7
   *Attorneys for Defendants James Dzurenda
8  Brian Williams, Troy Ternes, Alexis
   Lozano, Jennifer Nash, Duane Wilson,
9  Joel Quiroz, Perry Russell, Jacques Graham,
   Shanon Ennis-Wright, Julie Matousek, Brian
10 Sandoval, Adam Laxalt, Barbara Cegavske,
   Francis Moka, Alfonso Alvarez, and Monique
11 Hubbard-Pickett*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FRANK PECK, | Case No. 2:18-cv-00237-APG-VCF |
| Plaintiff, | |
| v. | |
| STATE OF NEVADA, ex rel. Nevada Department of Correction, et al.; PRISON COMMISSIONERS; GOVERNOR BRIAN SANDOVAL; SECRETARY OF STATE BARBARA CEGAVSKI; ATTORNEY GENERAL ADAM LAXALT; DIRECTOR OF PRISONS JAMES DZURENDA; WARDEN BRIAN WILLIAMS, HDSP; ASSOCIATE WARDEN JENNIFER NASH; ASSOCIATE WARDEN PERRY RUSSELL; ACTING ASSOCIATE WARDEN T. TIERNES; CASE WORKER ENNIS WRIGHT and LAW LIBRARY SUPERVISOR JAQUES GRAHAM; FOOD SUPERVISER MANAGER DWAINE WILSON; ATTORNEY GENERAL FRANK A. TODDRE, II, DISTRICT COURT JUDGE JERRY A WIESE; SGT. ALEXIS LOZANO; SGT. JULIE MATOUSEC; SGT. DUGAN; OFFICER JOEL QUEROZ, sued in the Individual and Official capacities, | **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND RESTRAINING ORDER (ECF NO. 68 AND 69)** |
| Defendants. | |

Defendants James Dzurenda, Brian Williams, Troy Ternes, Alexis Lozano, Jennifer Nash, Duane Wilson, Joel Quiroz, Perry Russell, Jacques Graham, Shanon Ennis-Wright, Julie Matousek, Brian Sandoval, Adam Laxalt, Barbara Cegavske, Francis Moka, Alfonso Alvarez, and Monique Hubbard-Pickett, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Jared M. Frost, Senior Deputy Attorney General, hereby request an additional thirty-three (33) days to respond to Plaintiff's "Motion for Preliminary Injunction and Restraining Order" filed April 11, 2019, and docketed at ECF No. 68 and ECF No. 69. Defendants' request is made and based on the following memorandum of points and authorities, the attached Declaration of Counsel, the pleadings and papers on file, and any other evidence the Court deems appropriate to consider.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. BACKGROUND

This is a prisoner civil rights matter. ECF No. 7.

On July 5, 2018, the Court screened Plaintiff's Complaint. ECF No. 6. Pursuant to the Screening Order, Plaintiff was permitted to proceed on numerous claims. *See id.*

On December 7, 2018, the parties participated in a mediation conference at which no resolution was reached. ECF No. 22.

On January 24, 2019, the Attorney General filed an Acceptance of Service for Defendants James Dzurenda, Brian Williams, Troy Ternes, Alexis Lozano, Jennifer Nash, Duane Wilson, Joel Quiroz, Perry Russell, Jacques Graham, Shanon Ennis-Wright, and Julie Matousek.

On January 31, 2019, Plaintiff filed an Amended Complaint. ECF No. 40.

On April 1, 2019, the Court screened Plaintiff's Amended Complaint pursuant to Defendants' request. ECF No. 65. The Court incorporated its previous findings concerning claims presented in the original Complaint and allowed Plaintiff to proceed on additional claims. *Id.* at 3-5.

On April 11, 2019, Plaintiff filed his "Motion for Preliminary Injunction and Restraining Order." ECF No. 68; ECF No. 69.

1 | On April 15, 2019, Defendants filed a Motion for Case Management Conference due to the complexity of the case and Plaintiff's practice and history of filing frivolous, unsupported, or unnecessary motions. ECF No. 70.

On April 18, 2019, the Attorney General filed an Acceptance of Service for Francis Moka, Alfonso Alvarez, and Monique Hubbard-Pickett. ECF No. 72.

On April 24, 2019, the Court scheduled a hearing on Defendants' Motion for Case Management Conference for May 7, 2019. ECF No. 74.

This motion for an extension of time to respond to Plaintiff's April 2019 preliminary injunction motion follows.

## II. APPLICABLE LAW

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), the Court may extend the time to perform an act within a specified time for good cause shown.

## III. ARGUMENT

Defendants submit that good cause exists to extend the time to respond to Plaintiff's April 2019 preliminary injunction motion. Defendants' response is currently due April 25, 2019. Since Plaintiff filed his motion on April 11, the undersigned has reviewed the motion and requested information and records from prison staff needed to complete a response. Exhibit 1 (Declaration of Counsel). However, the undersigned has been unable to complete a response due to his responsibilities to meet deadlines in this and other cases. *See id.* Further, the Court recently scheduled a hearing on Defendants' motion for a case management conference, through which Defendants seek a protective order regarding

///
///
///
///
///
///
///

Plaintiff's motion practice. *See* ECF No. 70 at 7. Defendants therefore request an extension of thirty-three (33) days, or until May 28, 2019, to file a response to Plaintiff's motion.

DATED this 25th day of April, 2019.

                      AARON D. FORD
                      Attorney General

                      By: /s/ Jared M. Frost
                            JARED M. FROST (Bar No. 11132)
                            Senior Deputy Attorney General

                      *Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED.** Defendants shall have until May 28, 2019, to file a Response to Plaintiff's "Motion for Preliminary Injunction and Restraining Order" (ECF No. 68; ECF No. 69).

Dated: April 26, 2019.

                      _____
                      UNITED STATES DISTRICT JUDGE

# EXHIBIT 1

# Declaration of Counsel

EXHIBIT 1

| | |
|---|---|
| 1 | AARON D. FORD<br>  Attorney General |
| 2 | JARED M. FROST (Bar No. 11132)<br>  Senior Deputy Attorney General |
| 3 | State of Nevada<br>Office of the Attorney General |
| 4 | 555 East Washington Avenue<br>Suite 3900 |
| 5 | Las Vegas, Nevada 89101<br>Telephone: (702) 486-3177 |
| 6 | Facsimile: (702) 486-3773<br>Email: jfrost@ag.nv.gov |
| 7 | |
| 8 | *Attorneys for Defendants James Dzurenda<br>Brian Williams, Troy Ternes, Alexis<br>Lozano, Jennifer Nash, Duane Wilson,* |
| 9 | *Joel Quiroz, Perry Russell, Jacques Graham,<br>Shanon Ennis-Wright, Julie Matousek, Brian* |
| 10 | *Sandoval, Adam Laxalt, Barbara Cegavske,<br>Francis Moka, Alfonso Alvarez, and Monique* |
| 11 | *Hubbard-Pickett* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| FRANK PECK, | | Case No. 2:18-cv-00237-APG-VCF |
|           Plaintiff, | | |
| v. | | |
| STATE OF NEVADA, ex rel. Nevada Department of Correction, et al.; PRISON COMMISSIONERS; GOVERNOR BRIAN SANDOVAL; SECRETARY OF STATE BARBARA CEGAVSKI; ATTORNEY GENERAL ADAM LAXALT; DIRECTOR OF PRISONS JAMES DZURENDA; WARDEN BRIAN WILLIAMS, HDSP; ASSOCIATE WARDEN JENNIFER NASH; ASSOCIATE WARDEN PERRY RUSSELL; ACTING ASSOCIATE WARDEN T. TIERNES; CASE WORKER ENNIS WRIGHT and LAW LIBRARY SUPERVISOR JAQUES GRAHAM; FOOD SUPERVISER MANAGER DWAINE WILSON; ATTORNEY GENERAL FRANK A. TODDRE, II, DISTRICT COURT JUDGE JERRY A WIESE; SGT. ALEXIS LOZANO; SGT. JULIE MATOUSEC; SGT. DUGAN; OFFICER JOEL QUEROZ, sued in the Individual and Official capacities, | | **DECLARATION OF COUNSEL** |
|           Defendants. | | |

1    I, JARED M. FROST, hereby declare, based on personal knowledge and/or information and belief, that the following assertions are true:

1. I am a Senior Deputy Attorney General employed by the Nevada Attorney General in the Litigation Division, and I make this declaration in support of Defendants' motion to extend the time in which to file a Response to Plaintiff's "Motion for Preliminary Injunction and Restraining Order" filed April 11, 2019, and docketed at ECF No. 68 and ECF No. 69.

2. Since Plaintiff filed his motion on April 11, 2019, I have reviewed the motion and requested information and records from prison staff needed to complete a response. However, I have been unable to complete the response due to my responsibilities to meet deadlines in this and other cases.

3. My responsibilities to meet deadlines during the past two weeks include: *Mizzoni v. State of Nevada*, Case No. 2:17-cv-01482 (opposition to plaintiff's summary judgment motion filed 04/25/19, reply regarding defendants' motion for summary judgment filed 04/15/19); *Carley v. Gentry et al.*, Case No. 2:17-cv-02670 (reply regarding defendants' motion for summary judgment filed 04/24/19); *Mitchell v. State of Nevada*, Case No. 2:17-cv-00686 (substantive response to motion to extend time filed 04/24/19); *Jackson v. State of Nevada et al.*, Case No. 2:16-cv-00995 (reply regarding defendants' motion for summary judgment filed 04/23/19); *Johnson v. Lewis*, Case No. 2:17-cv-01668 (response to motion to consolidate cases filed 04/18/19); and *Peck v. State of Nevada et al.*, Case No. 2:18-cv-00237 (response to objection to order filed 04/17/19, motion for case management conference filed 04/15/19).

///
///
///
///
///
///

1 | 4. This request is made in good faith and not for the purpose of delay.

Pursuant to 28 U.S.C. section 1746 Declarant certifies, under penalty of perjury, that the foregoing is true and correct.

DATED this 25th day of April, 2019.

                                                  AARON D. FORD
                                                  Attorney General

                                                  By: /s/ Jared M. Frost
                                                         JARED M. FROST (Bar No. 11132)
                                                         Senior Deputy Attorney General

                                                  *Attorneys for Defendants*