UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

FRANK PECK,

    Plaintiff,

v.

STATE OF NEVADA ex rel NEVADA DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

Case No.: 2:18-cv-00237-APG-VCF

**ORDER AFFIRMING MAGISTRATE JUDGE'S ORDERS**

[ECF Nos. 61, 63, 66]

Magistrate Judge Ferenbach entered two Orders denying plaintiff Frank Peck's motion under the Americans with Disabilities Act. ECF Nos. 61, 63. Mr. Peck objected to the orders. ECF No. 66. The defendants responded to Mr. Peck's objection. ECF No. 71.[1]

I have reviewed Judge Ferenbach's Orders and the related papers. I find that Judge Ferenbach's Orders are not "clearly erroneous or contrary to law." Local Rule IB 3-1(a). Therefore, Magistrate Judge Ferenbach's Orders **(ECF Nos. 61, 63) are affirmed** in their entirety, and Mr. Peck's Objection **(ECF No. 66) is overruled**.

DATED this 22nd day of May, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

---

[1] Mr. Peck also filed a reply in support of his objection. ECF No. 80. Such replies are allowed only with leave of court. See Local Rule IB 3-1(a). I did not grant Mr. Peck leave to file a reply. Nevertheless, I have reviewed Mr. Peck's reply and it does not change my decision.