# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRANK M. PECK, | Case No.: 2:18-cv-00237-APG-VCF |
| Plaintiff | **Order Denying Motion to Strike and Granting Motion for More Time** |
| v. | [ECF Nos. 114, 116] |
| STATE OF NEVADA, et al., | |
| Defendants | |

The defendants' motion to strike plaintiff Frank Peck's oversized brief **(ECF No. 114) is denied**. Mr. Peck is reminded that he must comply with the Local Rules, including those regarding the length of briefs, and he must seek permission to file an oversized brief, which is not favored by the court. *See* Local Rule 7-3(c).

The defendants' motion to extend the time to file their reply brief **(ECF No. 116) is granted**. The defendants shall file their reply in support of their motion to dismiss by November 8, 2019.

DATED this 9th day of October, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE