UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRANK M. PECK,<br><br>　　Plaintiff<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>　　Defendants | Case No.: 2:18-cv-00237-APG-VCF<br><br>**Order Granting Motion for Extension of Time**<br><br>[ECF No. 134] |

Plaintiff Frank Peck's motion for enlargement of time (ECF No. 134) is granted. Peck's Second Amended Complaint is due by **August 7, 2020**.

DATED this 22nd day of July, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE