# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FRANK M. PECK, | Case No.: 2:18-cv-00237-APG-VCF |
| Plaintiff | **Order Granting Motion for Extension of Time** |
| v. | [ECF No. 143] |
| STATE OF NEVADA, et al., | |
| Defendants | |

Plaintiff Frank Peck's motion for enlargement of time (ECF No. 143) is granted. Peck's opposition to the pending motion to dismiss is due by **December 5, 2020**.

DATED this 16th day of October, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE