UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRANK PECK,<br><br>    Plaintiff<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>    Defendants | Case No.: 2:18-cv-00237-APG-VCF<br><br>**Order Granting Motion to Extend Time**<br><br>[ECF No. 152] |

I ORDER that plaintiff Frank Peck's motion to extend time **(ECF No. 152) is GRANTED**.

DATED this 1st day of December, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE