# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRANK M. PECK, | Case No.: 2:18-cv-00237-APG-VCF |
| Plaintiff | **Order Granting Motion to Extend Time** |
| v. | [ECF No. 158] |
| STATE OF NEVADA, et al., | |
| Defendants | |

I ORDER that plaintiff Frank Peck's motion to extend time **(ECF No. 158) is GRANTED**. Plaintiff Frank Peck's response to the defendants' motion to dismiss (ECF No. 142) is due March 8, 2021.

DATED this 2nd day of February, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE