**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FRANK M. PECK, | Case No.: 2:18-cv-00237-APG-VCF |
| Plaintiff | **Order Affirming Magistrate Judge's Order** |
| v. | [ECF Nos. 156, 157] |
| STATE OF NEVADA, et al., | |
| Defendants | |

Plaintiff Frank Peck filed an objection (ECF No. 157) to Magistrate Judge Ferenbach's order (ECF No. 157) denying Peck's motion for ADA accommodation. I have reviewed the related papers and I find that Magistrate Judge Ferenbach's order is not clearly erroneous or contrary to law. LR IB 3-1(a). Accordingly, Magistrate Judge Ferenbach's order **(ECF No. 156) is AFFIRMED and Mr. Peck's objection (ECF No. 157) is DENIED**.

DATED this 22nd day of February, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE