# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FRANK M. PECK, | Case No.: 2:18-cv-00237-APG-VCF |
| Plaintiff | **Order Granting Motion to Extend Time** |
| v. | [ECF No. 172] |
| STATE OF NEVADA, et al., | |
| Defendants | |

I ORDER that plaintiff Frank Peck's motion to extend time **(ECF No. 172) is GRANTED**. Peck's response to the defendants' motion to dismiss (ECF No. 142) is due June 11, 2021.

DATED this 12th day of May, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE