**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| FRANK PECK,<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>STATE OF NEVADA, ex rel. Nevada Department of Correction, et al.; PRISON COMMISSIONERS; GOVERNOR BRIAN SANDOVAL; SECRETARY OF STATE BARBARA CEGAVSKI; ATTORNEY GENERAL ADAM LAXALT; DIRECTOR OF PRISONS JAMES DZURENDA; WARDEN BRIAN WILLIAMS, HDSP; ASSOCIATE WARDEN JENNIFER NASH; ASSOCIATE WARDEN PERRY RUSSELL; ACTING ASSOCIATE WARDEN T. TIERNES; CASE WORKER ENNIS WRIGHT and LAW LIBRARY SUPERVISOR JAQUES GRAHAM; FOOD SUPERVISOR MANAGER DWAINE WILSON; ATTORNEY GENERAL FRANK A. TODDRE, II, DISTRICT COURT JUDGE JERRY A WIESE; SGT. ALEXIS LOZANO; SGT. JULIE MATOUSEC; SGT. DUGAN; OFFICER JOEL QUEROZ, sued in the Individual and Official capacities,<br><br>　　　　　Defendant(s). | 2:18-cv-00237-APG-VCF<br><br>**<u>ORDER</u>** |

　　　Before me are the motion for equal access to HDSP's law library (ECF NO. 194) and the motion to clarify (ECF NO. 195).

　　　Defendants filed a response stating that plaintiff visited the law library on April 22, 2022. (ECF No. 196). This issue is now moot.

　　　Plaintiff's motion to clarify (ECF No. 195) is asking for Judge Dorsey to clarify ECF No. 73 in case no. 2:17-cv-1620-JAD-VCF. This motion is erroneously filed in this case.

　　　Accordingly,

1

I ORDER that the motion for equal access to HDSP's law library (ECF NO. 194) is DENIED as MOOT.

I FURTHER ORDER that the motion to clarify (ECF NO. 195) is STRICKEN in this case.

DATED this 23rd day of May 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE