**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FRANK M. PECK, | Case No.: 2:18-cv-00237-APG-VCF |
| Plaintiff | **Order Granting Motion to File Under Seal** |
| v. | [ECF No. 219] |
| STATE OF NEVADA, et al., | |
| Defendants | |

The defendants move to file under seal plaintiff Frank Peck's medical records and confidential institutional records. The motion is supported by good cause.

I THEREFORE ORDER that the defendants' motion to file under seal (**ECF No. 219) is GRANTED**. Exhibits H, I, T, U, V, and W to the defendants' motion for summary judgment, filed as ECF No. 220, shall remain sealed.

DATED this 1st day of February, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE