# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FRANK M. PECK,<br><br>　　　Plaintiff<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>　　　Defendants | Case No.: 2:18-cv-00237-APG-VCF<br><br>**Order Granting Motion for Extension of Time**<br><br>[ECF No. 226] |

Plaintiff Frank Peck's motion for enlargement of time (ECF No. 226) is granted. Peck's opposition to the pending motion for summary judgment is due by **March 31, 2023**.

DATED this 1st day of February, 2023.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE