**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

FRANK PECK,

        Plaintiff,

v.

STATE OF NEVADA, ex rel. Nevada Department of Correction, et al.,

        Defendant.

2:18-cv-00237-APG-VCF

**ORDER**

Before the Court is Peck's motion for copy of docket (ECF No. 225).

Accordingly,

IT IS HEREBY ORDERED that Peck's motion for copy of docket (ECF No. 225) is added to the video conference hearing scheduled for 1:00 PM, March 21, 2023, before Judge Cam Ferenbach.

DATED this 23rd day of February 2023.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE