**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FRANK M. PECK, | Case No.: 2:18-cv-00237-APG-VCF |
| Plaintiff | **Order Granting Motion to Extend Time** |
| v. | [ECF No. 236] |
| STATE OF NEVADA, et al., | |
| Defendants | |

I ORDER that plaintiff Frank Peck's motion for enlargement of time **(ECF No. 236) is GRANTED**.  Peck's response to the motion for summary judgment is due by **August 21, 2023**.

DATED this 20th day of June, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE