# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FRANK M. PECK, | Case No.: 2:18-cv-00237-APG-VCF |
| Plaintiff | **Order Granting Motion to Extend Time** |
| v. | [ECF No. 242] |
| STATE OF NEVADA, et al., | |
| Defendants | |

I ORDER that plaintiff Frank Peck's motion to extend time **(ECF No. 242) is GRANTED**. Peck's response to the motion for summary judgment is due by **October 21, 2023**.

DATED this 21st day of August, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE