# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

FRANK M. PECK,

    Plaintiff

v.

STATE OF NEVADA, et al.,

    Defendants

Case No.: 2:18-cv-00237-APG-VCF

**Order Affirming Magistrate Judge's Order**

[ECF Nos. 235, 238, 240]

    Plaintiff Frank Peck filed an objection (ECF No. 238) to Magistrate Judge Ferenbach's order (ECF No. 235) denying Peck's motion to compel. Peck also filed a request that his objection be granted as unopposed. ECF No. 240. The defendants responded to Peck's objection (ECF No. 239), so I deny his request to grant his motion as unopposed.

    I have reviewed the relevant papers. Magistrate Judge Ferenbach's order is not clearly erroneous or contrary to law. LR IB 3-1(a). Accordingly, Magistrate Judge Ferenbach's order **(ECF No. 235) is AFFIRMED**, Mr. Peck's objection **(ECF No. 238) is DENIED**, and Mr. Peck's motion to grant his motion as unopposed **(ECF No. 240) is DENIED**.

    DATED this 21st day of August, 2023.

                                                    ANDREW P. GORDON
                                                  UNITED STATES DISTRICT JUDGE