# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FRANK M. PECK,<br><br>    Plaintiff<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>    Defendants | Case No.: 2:18-cv-00237-APG-VCF<br><br>**Order Granting Motion to Extend Time**<br><br>[ECF No. 245] |

I ORDER that plaintiff Frank Peck's motion to extend time **(ECF No. 245) is GRANTED**. Peck's response to the motion for summary judgment is due by **December 22, 2023**.

DATED this 18th day of October, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE